UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>            -v.-<br><br>SALEEM MIRZA,<br><br>                        Defendant. | 21 Crim. 427 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Mr. Mirza's supplemental sentencing submission, which provides the Court with certain of Mr. Mirza's medical records. (Dkt. #39). In light of this submission, the Court will proceed with Mr. Mirza's sentencing on April 21, 2022, at 3:00 p.m., in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:   March 2, 2022
         New York, New York

KATHERINE POLK FAILLA
United States District Judge