

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 2, 2022

**BY ECF**

**MEMO ENDORSED**

The Honorable Katherine Polk Failla
United States District Judge
40 Foley Square
New York, New York 10007

    Re:    <u>United States</u> v. <u>Saleem Mirza</u>, 21 Cr. 427 (KPF)

Dear Judge Failla:

    The Court issued an order today adjourning sentencing in the above-captioned matter is to April 21, 2022. The undersigned is scheduled to be out of the office on that date. Accordingly, the Government respectfully requests that the Court adjourn the sentencing to a date on or after April 26, 2022. The Government has conferred with defense counsel and understands that he is available on any date that week.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney
    Southern District of New York

By: _____
    Katherine Reilly
    Assistant United States Attorney
    (212) 637-6521

cc:    Kenneth Russo, Esq. (by ECF)

```
Application GRANTED.  Mr. Mirza's sentencing currently scheduled for April
21, 2022, is hereby ADJOURNED to April 28, 2022, at 3:00 p.m.  The Clerk
of Court is directed to terminate the pending motion at docket entry 41.

Dated:    March 3, 2022          SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE