Probation Form No. 35
(12/2016)

Report and Order Terminating Probation
or Supervised Release
Before Original Expiration Date

**United States District Court
for the
Southern District of New York**

| | |
|---|---|
| United States of America<br>Versus<br>**Saleem Mirza** | Criminal Case: **1:21CR00427-002** |

On April 28, 2022, this defendant was placed on Supervised Release for 3 years. The defendant has complied with the court's restrictions and no longer needs supervision. It is recommended that this person be discharged from Supervised Release.

Respectfully submitted;

*/s/ Raegin L. Hart*

Raegin L. Hart
United States Probation Officer

**Order of Discharge**

On the probation officer's recommendation, the defendant is discharged from Supervised Release, and these proceedings are terminated.

Signed on the 20th Day of February, 2025    at New York, New York.

*/s/ Katherine Polk Failla*

Katherine Polk Failla
United States District Judge